In the Matter of the Estate of WILLIAM ABRIAL, Deceased. ALOYSIUS W. MCDONALD et al., Appellants; WILLIAM E. J. CONNOR, Respondent.—

Present — Foster, P. J., Bergan, Coon, Halpern and Imrie, JJ.